WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetrius M. White,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Mike Linderman, et al.,<br><br>　　　　Defendants. | No.  CV11-8152-PHX-RCB (ECV)<br><br>**O R D E R** |

　　　This matter, having come before the Court on Defendants' Motion for Enlargement of the Deadline to File a Proposed Joint Final Pretrial Order Under Rule 6(b), Fed. R. Civ. [First Request]; and cause appearing for said application;

　　　IT IS HEREBY ORDERED that the deadline for the parties to lodge a Proposed Joint Final Pretrial Order is enlarged for thirty (30) days after the Settlement Conference in this matter if a Proposed Joint Final Pretrial Order is still necessary.

　　　DATED this 28th day of October, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26