WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetrius M. White, | No.  CV11-8152-PCT-RCB (SPL) |
| Plaintiff, | **O R D E R** |
| v. | |
| Mike Linderman, et al., | |
| Defendants. | |

This Matter having come before the Court on stipulation of the parties;

IT IS ORDERED dismissing this action with prejudice.

DATED this 13th day of January, 2014.

Robert C. Broomfield
Senior United States District Judge