WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetrius M. White, | No. CV11-8152-PCT-RCB (SPL) |
| Plaintiff, | **O R D E R** |
| v. | |
| Mike Linderman, et al., | |
| Defendants. | |

This matter, having come before the Court on Defendants' Motion For Leave to File Plaintiff's Motion to Enforce Settlement Agreement and Defendants' Response to Plaintiff's Motion to Enforce Settlement Agreement, Under Seal; and cause appearing for said application;

IT IS HEREBY ORDERED that Plaintiff's Motion to Enforce Settlement Agreement and the Defendants' Response to Plaintiff's Motion to Enforce Settlement Agreement, shall be filed Under Seal.

DATED this 5th day of March, 2014.

Robert C. Broomfield
Senior United States District Judge