WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetrius M. White, | No. CV-11-08152-PCT-RCB |
| Plaintiff, | **O R D E R** |
| v. | |
| Mike Lindermen, et al., | |
| Defendants. | |

Currently pending before the court is the plaintiff *pro se* Demetrius M. White's Motion to Enforce Settlement Agreement (Doc. 80). The court denies his motion as moot because, as more fully set forth in the Defendants' Sealed Response to Plaintiff's Motion to Enforce Settlement Agreement (Doc. 82), the defendants have fully complied with the terms of the Settlement Agreement. And, indeed, on February 13, 2014, the plaintiff advised Assistant Arizona Attorney General Kelley J. Morrissey that he would be withdrawing this motion, but to date he has not. Resp. (Doc. 82), exh. A thereto (Doc. 82-1) at 3:23-24, ¶ 7.

Accordingly, **IT IS ORDERED** that:

(1) the plaintiff's "Motion to Enforce Settlement Agreement" (Doc. 80) is **DENIED**.

Dated this 28th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge